IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| ISREL MERANDA | : | VIOLATIONS<br>18 U.S.C. § 922(a)(5) (Transferring a Firearm to an Out-of-State Resident – 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From on or about June 3, 2020 to on or about December 28, 2021, in the Eastern District of Pennsylvania, defendant

**ISREL MERANDA**

a resident of the State of North Carolina, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18 United States Code, willfully transferred, sold, traded, gave, transported, and delivered two firearms, namely, a Springfield Hellcat 9mm pistol, bearing serial number BA358329 and a Smith & Wesson Shield 2.0 9mm pistol, bearing serial number JFW1884, to D.M., who is not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18 United States Code, and knowing and with reasonable cause to believe D.M. was not then residing in the State of North Carolina, the State in which the defendant was residing at the time of the transfer, sale, trade, transport, and delivery to D.M.

In violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Section 922(a)(5) set forth in this indictment, defendant

**ISREL MERANDA**

shall forfeit to the United States of America, the firearms and other items involved in the commission of such violations, including, but not limited to:

1) A Springfield Hellcat 9mm pistol, bearing serial number BA358329; and

2) A Smith & Wesson Shield 2.0 9mm pistol, bearing serial number JFW1884. All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

GRAND JURY FOREPERSON

**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

ISREL MERANDA

INDICTMENT

18 U.S.C. § 922(a)(5) (Transferring a Firearm to an Out-of-State Resident – 1 count)

A true bill



_____ day,

Filed in open court this 31ST
of OCTOBER A.D. 20 23

Foreperson

Bail, $ _____